FILED

2010 Mar-18  PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

DANNY RAY HATFIELD,            )
                              )
            Petitioner        )
                              )
v.                            )
                              )     Case No. 4:10-cv-00348-RBP-HGD
WARDEN JOHN CUMMINS and       )
THE ATTORNEY GENERAL          )
OF THE STATE OF ALABAMA,      )
                              )
            Respondents       )

## DISMISSAL ORDER

On March 4, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On  March 15, 2010, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED as time-barred.

DONE this 18th day of March, 2010.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**